**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARICELA JACKELYN TORRES,

              Plaintiff,            **DEFAULT JUDGMENT**

- against -            CV 21-4211 (GRB) (ST)

MUCHOS TACOS CORP., d/b/a LOS TACOS
and MARIO MORAN, as an individual,

              Defendants.
-----------------------------------------------------------X

      An electronic Order of the Honorable Gary R. Brown, United States District Judge, having been filed on January 19, 2022; granting plaintiff's motion for default judgment; awarding plaintiff $104,763.00 in principal damages; and respectfully directing the Clerk of the Court to enter default judgment and close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff's motion for default judgment against defendants is granted; that plaintiff Maricela Jackelyn Torres is awarded a default judgment in the amount of $104,763.00 against defendants Muchos Tacos Corp., and Mario Moran; and that this case is closed.

Dated: January 19, 2022
       Central Islip, New York

                                    DOUGLAS C. PALMER
                                    CLERK OF THE COURT
                         BY:   /S/ JAMES J. TORITTO
                                    DEPUTY CLERK